UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OKLAHOMA

In Re: )
 )
KEVIN LYN KERMANI )
 )
 )
 ) Case No. 15-10003-R
 Debtor. ) (Chapter 13)

**TRUSTEE'S OBJECTION TO MOTION FOR RELIEF
FROM AUTOMATIC STAY AND ABANDONMENT OF PROPERTY**

COMES NOW Lonnie D. Eck, Standing Chapter 13 Trustee for the Northern District of Oklahoma, and for his objection states:

1. MTGLQ INVESTORS, L.P. ("Movant") filed a Motion for Relief from Automatic Stay and Abandonment of Property and Notice of Opportunity for Hearing on November 24, 2015.

2. Under the confirmed plan, the Chapter 13 Trustee is to pay mortgage arrearage payments to Movant. Creditors will usually refuse payments from the Trustee after relief from the stay is granted. That has caused delay in numerous cases, often requiring the Trustee to file post-confirmation motions to modify chapter 13 plans. Accordingly, the Standing Chapter 13 Trustee requests that the Court condition relief from stay (if such relief is determined appropriate) upon a provision being placed in the order to the effect that the Trustee shall, upon granting of the relief, immediately cease all payments to Movant under the confirmed plan and that any and all funds which otherwise would have been paid to Movant be released for payment to other creditors entitled to payment under the confirmed plan.

WHEREFORE, the Standing Chapter 13 Trustee prays that if the Court determines that relief from the stay is appropriate, that such relief be conditioned upon a provision in the Order

that the Standing Chapter 13 Trustee shall make no further payments to Movant under the confirmed plan and that all funds which otherwise would have been paid to Movant shall be released for payment by the Trustee to other creditors entitled to payment under the confirmed plan.

          s/ Lacey S. Bryan
          Lonnie D. Eck, Standing Chapter 13 Trustee
          Lacey S. Bryan, OBA #31501
          Office of the Standing Chapter 13 Trustee
          Northern District of Oklahoma
          PO Box 2038
          Tulsa, Oklahoma  74101-2038
          Telephone: (918) 599-9901
          Fax: (918) 587-0364

## CERTIFICATE OF MAILING

I, Lacey S. Bryan, hereby certify that on the date the above and foregoing pleading was filed with the Court, a true and correct copy thereof was mailed, by first-class mail, postage prepaid to each of the following:

Kevin Lyn Kermani
15224 S 33rd W Ave
Glenpool, OK 74033

Service will be accomplished electronically through the Court's CM/ECF system on the following:

Wesley R. Thompson
Attorney for Debtor

Jim Timberlake
Attorney for Movant

          s/ Lacey S. Bryan
          Lacey S. Bryan, OBA #31501